OPINION — AG — ** METROPOLITAN AREA PLANNING COMMISSION — JURISDICTION — MUNICIPALITY ** A METROPOLITIAN AREA PLANNING COMMISSION CREATED UNDER 19 O.S. 866.1 [19-866.1] ET SEQ., BY A COUNTY AND A MUNICIPALITY ENTIRELY WITHIN THE COUNTY WILL CONTINUE ITS JURISDICTION OVER ALL THE TERRITORY WITHIN THE CITY LIMITS EVEN AFTER THE CITY ANNEXES TERRITORY IN ANOTHER COUNTY. (CITY PLANNING COMMISSION, BOARD OF COUNTY COMMISSIONERS, TERRITORY, UNINCORPORATED AREAS, ZONING AGENCY, CITY BOARD OF ADJUSTMENTS, COUNTY BOARDS OF ADJUSTMENTS, EXCLUSIVE JURISDICTION, ANNEXED TERRITORY) CITE: 11 O.S. 2-106 [11-2-106], 19 O.S. 863.1 [19-863.1], 19 O.S. 863.2 [19-863.2], 19 O.S. 863.29 [19-863.29], 19 O.S. 865.51 [19-865.51], 19 O.S. 865.53 [19-865.53], 19 O.S. 866.1 [19-866.1], 19 O.S. 866.4 [19-866.4], 19 O.S. 866.5 [19-866.5](A), 19 O.S. 866.5 [19-866.5](B), 19 O.S. 866.10 [19-866.10], 19 O.S. 866.12 [19-866.12], 19 O.S. 866.14 [19-866.14], 19 O.S. 866.27 [19-866.27], 19 O.S. 866.28 [19-866.28], 19 O.S. 866.33 [19-866.33] 19 O.S. 868.1 [19-868.1], 19 O.S. 868.20 [19-868.20], 19 O.S. 866.2 [19-866.2] (THOMAS L. SPENCER)